UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANGELO JARMAL OWENS,

                Plaintiff,

v.

ADDIE BRISKE, *et al.*,

                Defendants.

_____/

Case No. 1:23-cv-784

Hon. Robert J. Jonker

### ORDER LIFTING STAY AND RE-OPENING CASE

The Court stayed and administratively closed this case on January 24, 2025.  *See*

Order (ECF No. 34).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated:  May 21, 2025

                /s/ Ray Kent
                RAY KENT
                United States Magistrate Judge