UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANGELO JARMAL OWENS #829102,

    Plaintiff,

v.

    Case No: 1:23-cv-784

    HON. ROBERT J. JONKER

ADDIE BRISKE et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 12, 2025 (ECF No. 46). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 46) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants Mason and Stone's motion for partial summary judgment (ECF No. 37) is **GRANTED**, and that Claims 1 and 7 directed at defendant Mason and Claim 3 directed at defendant Stone are **DISMISSED**.

Dated:  December 8, 2025        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE